UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR11-159-RAJ |
| Plaintiff, | |
| v. | **FINAL ORDER OF FORFEITURE** |
| ORLANDO OLAIS ROCHA and EVERARDO OLAIS ROCHA, | |
| Defendants. | |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture for the following property:

1. A Savage shotgun, 12 gauge, serial number 18301, seized from a residence at 911 15th Avenue SW, Puyallup, Washington, on June 3, 2011;

2. A JC Higgins shotgun, 12 gauge, Model 25, no serial number, seized from a residence at 911 15th Avenue SW, Puyallup, Washington, on June 3, 2011;

3. A Winchester shotgun, 12 gauge, Model 25, serial number 18799, seized from a residence at 911 15th Avenue SW, Puyallup, Washington, on June 3, 2011;

4. A Savage rifle, Sporter, .22 cal., serial number 126563, seized from a residence at 911 15th Avenue SW, Puyallup, Washington, on June 3, 2011; and

Final Order of Forfeiture, CR11-159-RAJ - 1

5. An Ak-47 rifle, with two serial numbers on weapon: 1986 S-BU 2704 and S-BX 1539, seized from a residence at 911 15th Avenue SW, Puyallup, Washington, on June 3, 2011.

The Court, having reviewed the record in this matter, FINDS:

In the Plea Agreements filed on May 29, 2012, the Defendants agreed to forfeit their interest in the above-listed property. Dkt. Nos. 425, 426;

On September 7, 2012, the Court entered a Preliminary Order of Forfeiture for each Defendant, finding the above-listed property forfeitable pursuant to 21 U.S.C. § 853 and forfeiting the Defendants' interest in it. Dkt. Nos. 470, 472;

Thereafter, the United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(b)(6)(C), Dkt. No. 503, and also sent direct notice to three potential claimants as pursuant to Fed. R. Crim. P. 32.2(b)(6)(A); and

The time for filing third-party petitions has expired, and none were filed.

THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-listed property exists in any party other than the United States;

2. The property is fully and finally condemned and forfeited, in its entirety, to the United States; and

3. The United States Department of Justice, and/or its representatives, are authorized to dispose of the property in accordance with the law.

IT IS SO ORDERED.

DATED this 25th day of March, 2020.

The Honorable Richard A. Jones
United States District Judge

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98402
(206) 553-7970